**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7116**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDREW DALCOSTA HAMBLIN, a/k/a Drew,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-92-348-A, CA-97-828-AM)

———————————

Submitted: October 21, 1999          Decided: October 27, 1999

———————————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Andrew Dalcosta Hamblin, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Dalcosta Hamblin seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and his subsequent motion for withdrawal of the decision and motion for enlargement of time. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Hamblin, Nos. CR-92-348-A; CA-97-828-AM (E.D. Va. Apr. 20 & June 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED